| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 99 |
| CHRISTOS GEORGE VASILIADES | * | September Term, 2020 |

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Christos George Vasiliades, to disbar the Respondent from the practice of law it is this 3rd day of June, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Christos George Vasiliades, be disbarred from the practice of law in the State of Maryland, effective August 27, 2021, for violation of Rule 8.4(a), (b), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that on August 27, 2021, the Clerk of this Court shall remove the name of Christos George Vasiliades from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk